## A. & N. RAILROAD CO. v. P. L. HUBBARD, *Judge*, &c.

PRACTICE, SUPREME COURT; *Mandamus Refused.* Where a majority of this court agree in the judgment that ought to be rendered, but disagree as to the reason for such judgment, such judgment must be entered, but it is useless to give the opinion of the several judges, for thereby no point of law is settled or decided.

### *Original Motion for a Mandamus.*

THE *Atchison & Nebraska Rld. Co.*, as relator, applied to this court, by original motion and verified petition, for a writ of mandamus against *Hon. P. L. Hubbard*, Judge of the Second Judicial District, to compel said judge to sign a bill of exceptions in an action tried and determined in the district court of Atchison county at the November Term 1875, wherein Peter Wagner was plaintiff, and the "Atchison & Nebraska Rld. Co." was defendant. Judge *Hubbard* appeared and demurred to the petition.

*W. W. Guthrie*, for relator.

*Horton & Waggener*, for defendant.

The opinion of the court was delivered by

BREWER, J.: This is an application for a mandamus to compel the signing of a bill of exceptions. A majority of the court are of the opinion that the application should be refused, but they do not agree in the reasons therefor. It is useless therefore to give the separate reasons of the judges, for there is no point of law settled or decided by the judgment in this case. *Foltz v. Merrill*, 11 Kas. 479.

KINGMAN, C. J., concurring.

VALENTINE, J., not sitting in the case.